FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT MARYLAND
FOR THE DISTRICT OF MARYLAND

2002 JAN 28  P 3: 52

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, *et al.*, | : | Civil Action Nos.: CCB-01-3450 through |
| | | CLERK'S OFFICE CCB-01-3470, |
| Plaintiffs | : | AT BALTIMORE |
| | | CCB-01-3472 through |
| vs. | : | CCB-01-3477 |
| | | |
| ACandS, Inc., *et al.*, | : | CCB-01-3481 through |
| | | CCB-01-3484 |
| Defendants | : | |
| | | CCB-01-3486 through |
| | | CCB-01-3505 |
| | | |
| | : | CCB-01-3507 through |
| | | CCB-01-3508 |
| | : | |
| | | CCB-01-3510 through |
| | : | CCB-01-3513 |
| | | |
| | : | CCB-01-3515 through |
| | | CCB-01-3538 |
| | : | |
| | | CCB-01-3545 through |
| | : | CCB-01-3546 |
| | | |
| | : | CCB-01-3548 through |
| | | CCB-01-3559 |
| | : | |
| | | CCB-01-3582 through |
| | : | CCB-01-3620 |
| | | |
| | : | CCB-01-3942 through |
| | | CCB-01-3966 |
| | : | |
| | | CCB-01-3989 through |
| | : | CCB-01-3990 |
| | | |
| | : | CCB-01-4051 through |
| | | CCB-01-4079 |
| | : | |
| | | CCB-01-4081 through |
| | : | CCB-01-4091 |

01-4061

|   |   |
|---|---|
| : | CCB-01-4093 through CCB-01-4106 |
| : | |
| : | CCB-01-4108 through CCB-01-4144 |
| : | CCB-01-4155 through CCB-01-4185 |
| : | |
| : | CCB-01-4201 through CCB-01-4205 |
| : | CCB-01-4207 through CCB-01-4241 |
| : | |
| : | CCB-01-4243 |
| : | CCB-02-235 |

oOo

## ORDER

It is, this 28th day of January, 2002, hereby **ORDERED** that:

1. As these cases involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2. All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some, but not all, of the cases should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3. An original and two copies of all papers shall be filed with the Court;

4. Those cases filed after the issuance of the provisional transfer order by the United States District Court for the District of Delaware, including all joined parties and claims, are hereby provisionally transferred to that Court subject to the same conditions set out in the provisional transfer order; and

5. The Clerk is directed to mail copies of this Order to the United States District Court for the District of Delaware and the Honorable Alfred M. Wolin.

_____
Catherine C. Blake
United States District Judge